

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

SOUTHERN GENERAL AGENCY, INC.  CIVIL ACTION NO. 09-1525

VERSUS  U.S. DISTRICT JUDGE DEE D. DRELL

BEST TEXAS GENERAL
    AGENCY, INC., et al  U.S. MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to dismiss, Doc. # 18, is GRANTED in part -and the parties ARE ORDERED to arbitrate this dispute pursuant to the contract at issue.

IT IS FURTHER ORDERED that, to the extent the motion to dismiss seeks dismissal on personal jurisdiction grounds, IT IS PRETERMITTED and may be reurged.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 22nd day of February, 2010.

**Dee D. Drell**
**UNITED STATES DISTRICT JUDGE**